David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
(602) 265-3332 (602) 230-4482

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Norma Russi and Adam Russi, | Case No: 11-CV-02431-ROS |
| --- | --- |
| Plaintiff, | **PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)** |
| v. | |
| Evans Law Associates PC, | |
| Defendant. | |

Plaintiff NORMA RUSSI AND ADAM RUSSI (hereinafter "Plaintiffs") hereby move to dismiss this action against Defendant EVANS LAW ASSOCIATES PC (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") with prejudice.

Plaintiffs respectfully request the action be dismissed WITH PREJUDICE as to Defendant EVANS LAW ASSOCIATES PC.

Dated: June 18, 2012                **HYDE & SWIGART**

s/ David J. McGlothlin
David J. McGlothlin
Attorneys for Plaintiff